**No. 61288.**—Ira Furman Co., a/c Azrak-Hamway, Inc. *v.* United States, protest 299262–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of table lighters similar in all material respects to those the subject of Abstract 59275, the claim of the plaintiff was sustained.

**No. 61289.**—Givaudan Delawanna, Inc. *v.* United States, protest 305291–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Satol, which product is not obtained from any oil, fat, or fatty acids described in the Internal Revenue Code, but is derived from olive oil, which is not covered by the statute, the claim of the plaintiff was sustained.

**No. 61290.**—M. Kopit Co. *v.* United States, protests 118612–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of platinum or white-marked fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829). the claim of the plaintiff was sustained.